UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ROBLES, ) | Case No. 06cv1893-BEN (BLM) |
| Plaintiff, )<br>v. )<br>)<br>MERCK & COMPANY, INC., a )<br>corporation; McKESSON )<br>CORPORATION, a corporation; and )<br>DOES 1 through 50, inclusive, )<br>)<br>Defendants. )<br>_____ ) | **ORDER FINDING EARLY NEUTRAL EVALUATION CONFERENCE INAPPROPRIATE** |

Due to Defendant Merck & Company, Inc.'s intention to seek transfer of this case to the Judicial Panel on Multidistrict Litigation, see Doc. No. 1, the Court finds it inappropriate to convene an Early Neutral Evaluation Conference at this time. See CivLR 16.1(c) (instructing that the "judicial officer shall hold [] conferences as he or she deems appropriate").

Dated: October 3, 2006

BARBARA L. MAJOR
United States Magistrate Judge

06cv1893-BEN (BLM)

COPY TO:

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL