UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ROBLES,<br><br>        Plaintiff,<br>v.<br><br>MERCK & COMPANY, INC., a corporation; McKESSON CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 06cv1893-BEN (BLM)<br><br>**ORDER FINDING EARLY NEUTRAL EVALUATION CONFERENCE INAPPROPRIATE** |

Due to Defendant Merck & Company, Inc.'s intention to seek transfer of this case to the Judicial Panel on Multidistrict Litigation, see Doc. No. 1, the Court finds it inappropriate to convene an Early Neutral Evaluation Conference at this time. See CivLR 16.1(c) (instructing that the "judicial officer shall hold [] conferences as he or she deems appropriate").

Dated: October 3, 2006

                                        BARBARA L. MAJOR
                                        United States Magistrate Judge

1  COPY TO:

2  HONORABLE ROGER T. BENITEZ
   UNITED STATES DISTRICT JUDGE
3

4  ALL COUNSEL